IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUADALUPE GARZA | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 7:15-cv-473 |
| | § | |
| FRONTERA PRODUCE, LTD. & | § | |
| FRONTERA PARTNERSHIP MANAGEMENT, LLC | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Joint Motion to Dismiss in the above-entitled and numbered cause. The Court having been advised that all disputes in controversy have been settled is of the opinion *at the request of the Parties* that the above-referenced matter should be dismissed with prejudice to refiling.

It is therefore, ORDERED, ADJUDGED and DECREED this action be dismissed with prejudice and all taxable costs of Court will be borne by the party incurring same.

SIGNED FOR ENTRY this 26th day of January, 2018.

*McAllen, Texas*

_____
U.S. DISTRICT JUDGE